# Southern Mutual Aid Association v. Holt.

APPEAL from the City Court of Birmingham.
Tried before the Hon. CHAS. A. SENN.

WARD & HOUGHTON, for appellant.

A. O. LANE and FRANK S. WHITE, for appellee.

The appeal is dismissed by agreement of parties.

Opinion. PER CURIAM.

---

# Wood v. Hughes.

APPEAL from the Circuit Court of Franklin.
Tried before the Hon. A. H. ALSTON.

ALMON & BULLOCK, for appellant.

W. H. KEY, for appellee.

This was an action brought by the appellant against the appellee. From a judgment in favor of the defendant the present appeal is prosecuted.

The bill of exceptions was signed after the expiration of the time fixed by order of the court, and can not, therefore, be looked to for any purpose. There are no assignments of error upon the record proper.

The judgment is affirmed.

Opinion by DOWDELL, J.